AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| **Return** | | |
|---|---|---|
| Case No.: 1:25-mj-3237-RJS | Date and time warrant executed: 10/31/2025  2:46 PM to 2:59 PM | Copy of warrant and inventory left with: |
| Inventory made in the presence of : USPIS Task Force Officer Det. Michael Twombly | | |

Inventory of the property taken and name(s) of any person(s) seized:

Parcel A
U. S. Postal Service Priority Mail parcel bearing tracking no. 9405 5362 0624 9311 0154 51 addressed to, Danielle Rote, 6302 Bradley Ave., Parma, OH 44129-2222 bearing return address of, Victor Hoover, 780 E Gilbert St., San Bernardino, CA 92404.
Approximately 240 grams of methamphetamine pills.

Parcel B
U. S. Postal Service Priority Mail parcel bearing tracking no. 9405 5362 0830 3294 7466 08 addressed to, Cory Bowser, 622 W Osborne St., Fl. 1, Sandusky, OH 44870-3430 bearing return address of, Lisa Delappa, 304 Strohm Cir., Gypsum, CO 81637.
Approximately 10 grams of Ketamine.

Parcel C
U. S. Postal Service Priority Mail parcel bearing tracking no. 9405 5362 0624 9310 8709 45 addressed to, Josh Moss, 8630 Westfield Park, Olmsted Township, OH 44138-1793 bearing return address of, Timberlane Works, 2054 Shamrock Dr., Superior, CO 80027.
Approximately 70 grams of steroids.

**FILED**
4:08 pm Oct 31 2025
Clerk U.S. District Court
Northern District of Ohio
Cleveland

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/31/2025

*Executing officer's signature*

A.J. Cranor, United States Postal Inspector
*Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means ☐ Original ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

In the Matter of the Search of )
Three USPS Priority Mail packages listed in Attachment A. )
(9405 5362 0624 9311 0154 51) )  Case No. 1:25-mj-3237-RJS
(9405 5362 0830 3294 7466 08) )
(9405 5362 0624 9310 8719 45) )
)

**WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the __Northern__ District of __Ohio, Eastern Division__
*(identify the person or describe the property to be searched and give its location)*:

Three USPS Priority Mail packages listed in Attachment A. (9405 5362 0624 9311 0154 51) (9405 5362 0830 3294 7466 08) (9405 5362 0624 9310 8719 45).

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

A quantity of a controlled substance and/or proceeds which are evidence thereof, and/or contraband, in violation of Tile 21, United States Code, Section 841 (a)(1).

**YOU ARE COMMANDED** to execute this warrant on or before _____ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to __Reuben J. Sheperd__.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __10/31/25__

*Judge's signature*

City and state: __Cleveland, Ohio__   __Reuben J. Sheperd, U.S. Magistrate Judge__
*Printed name and title*